551 A.2d 211

PENNSYLVANIA LEGISLATIVE CORRESPONDENTS' ASSO-
CIATION by Harry STOFFER, David Morris, Thomas Cole,
Stephen Drachler, Richard Kirkpatrick, Trustees Ad Litem,
Appellants,

v.

The SENATE OF PENNSYLVANIA and the House of
Representatives of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1988.

Decided Dec. 15, 1988.

Samuel E. Klein, Katherine Hatton, Kerry L. Adams,
Philadelphia, for appellants.

C. Clark Hodgson, Ursula B. Bartles, Philadelphia, for
appellees.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA, PAPADAKOS and STOUT,
JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN and McDERMOTT, JJ., did not participate in
the consideration or decision of this case.